George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 205
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Plaintiff Lora Ashley*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Lora Ashley, <br><br> Plaintiff, <br> v. <br><br> Equifax Information Services LLC; Trans Union LLC; Experian Information Solutions, Inc.; National Consumer Telecom & Utilities Exchange, Inc.; Clarity Services, Inc. and Jefferson Capital Systems, LLC, <br><br> Defendants. | Case No.: 2:26-cv-00020-GMN-NJK <br><br> **Discovery Plan and Scheduling Order Submitted in Compliance with LR 26-1(b)** |

- 1 -
Discovery Plan and Scheduling Order

On January 30, 2026, Jefferson Capital Systems, LLC appeared in this case and the Court set a deadline to file a proposed discovery plan and scheduling order by March 16, 2026. Accordingly, Lora Ashley, Jefferson Capital Systems, LLC and Equifax Information Services LLC (collectively as the "Parties"), by and through their respective counsel, hereby submit this Joint Discovery Plan and Scheduling Order. The parties will require 180 days of discovery measured from the date that Jefferson Capital Systems, LLC filed its answer to Plaintiff's complaint.

### DISCOVERY PLAN

The parties propose the following discovery plan and scheduling order:

1. Initial disclosures ………………...    March 31, 2026
2. Amend pleadings and add parties ..    April 30, 2026
3. Expert disclosures (initial): ………    May 29, 2026
4. Expert disclosures (rebuttal): …….    June 29, 2026
5. Discovery cutoff date: ……………    July 29, 2026
6. Dispositive motions: ……………..    August 28, 2026
7. Pretrial order …………………….. September 28, 2026

In the event that dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until **30 days after** decision on the dispositive motions or until further order of the court.

Pretrial Disclosures: The disclosures required by Rule 26(a)(3), and any objections thereto, shall be included in the joint pretrial order.

Extensions or Modifications of the Discovery Plan and Scheduling Order: Applications to extend any date set by the discovery plan, scheduling order, or other order must comply with the Local Rules.

Protective Order: The parties may seek to enter a stipulated protective order pursuant to Rule 26(c) prior to producing any confidential documents.

Electronic Service: The parties agree that pursuant to Rules 5(b)(2)(E) and 6(d) of the Federal Rules of Civil Procedure any pleadings or other papers may be served by sending such documents by email.

Alternative Dispute Resolution Certification: The parties certify that they met and conferred about the possibility of using alternative dispute-resolution processes including mediation, arbitration, and early neutral evaluation.  The parties have not reached any stipulations at this stage.

Alternative Forms of Case Disposition Certification: The parties certify that they considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01). The parties have not reached any stipulations at this stage.

Electronically Stored Information: The parties have discussed the retention and production of electronic data. The parties agree that service of discovery by electronic means, including sending original electronic files by email or on a cd is sufficient. The parties reserve the right to revisit this issue if a dispute or need arises.

<u>Electronic evidence conference certification:</u> The parties further intend to present evidence in electronic format to jurors for the purposes of jury deliberations at trial. The parties discussed the presentation of evidence for juror deliberations but did not reach any stipulations as to the method as this early stage.

Dated:  March 16, 2026.

**FREEDOM LAW FIRM**

 /s/ *Gerardo Avalos*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 South Eastern Ave., Suite 205
Las Vegas, NV 89123
*Counsel for Plaintiff Lora Ashley*

**LINCOLN, GUSTAFSON & CERCOS LLP**

/s/ *Shannon G. Splaine*
Shannon G. Splaine, Esq.
3960 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-5968

James K. Schultz, Esq.
**SESSIONS, ISRAEL & SHARTLE L.L.P.**
4747 Moreno Blvd., Suite 358
San Diego, CA  92117-3468
*Counsel for Jefferson Capital Systems, LLC*

IT IS SO ORDERED.
Dated:  March 17, 2026

.
.

_____
Nancy J. Koppe
United States Magistrate Judge

- 4 -
Discovery Plan and Scheduling Order

**CLARK HILL PLLC**

/s/ *Gia N. Marina*
Gia N. Marina, Esq.
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
*Counsel for Equifax Information Services LLC*

- 5 -
Discovery Plan and Scheduling Order