George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 205
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Plaintiff Lora Ashley*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Lora Ashley,<br><br>              Plaintiff,<br><br>       v.<br><br>Equifax Information Services LLC; Trans Union LLC; Experian Information Solutions, Inc.; National Consumer Telecom & Utilities Exchange, Inc.; Clarity Services, Inc. and Jefferson Capital Systems, LLC,<br><br>              Defendants. | Case No.: 2:26-cv-00020<br><br>**Stipulation of dismissal of all claims between Plaintiff and Jefferson Capital Systems, LLC with prejudice** |

_____

STIPULATION                          - 1 -

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Lora Ashley and Jefferson Capital Systems, LLC stipulate to dismiss all claims between Plaintiff and Jefferson Capital Systems, LLC with prejudice.

Each party will bear its own costs, disbursements, and attorney fees.

Dated: June 5, 2026.

**FREEDOM LAW FIRM**

/s/ *Gerardo Avalos*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 205
Las Vegas, Nevada 89123
*Counsel for Plaintiff*

**SESSIONS, ISRAEL & SHARTLE L.L.P.**

/s/ *James K. Schultz*
James K. Schultz, Esq.
4747 Moreno Blvd., Suite 358
San Diego, CA 92117-3468

**LINCOLN, GUSTAFSON & CERCOS LLP**

Shannon G. Splaine, Esq.
3960 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-5968
*Counsel for Jefferson Capital Systems, LLC*

**IT IS SO ORDERED.**

**DATED** this __24__ day of June, 2026.

_____
Gloria M. Navarro, District Judge
United States District Court

STIPULATION                                    - 2 -