George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 205
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Plaintiff Lora Ashley*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Lora Ashley,<br><br>        Plaintiff,<br><br>    v.<br><br>Equifax Information Services LLC; Trans Union LLC; Experian Information Solutions, Inc.; National Consumer Telecom & Utilities Exchange, Inc.; Clarity Services, Inc. and Jefferson Capital Systems, LLC,<br><br>        Defendants. | Case No.: 2:26-cv-00020<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL** |

_____

STIPULATION                 - 1 -

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Lora Ashley and Equifax Information Services LLC stipulate to dismiss all claims between Plaintiff and Equifax Information Services LLC with prejudice.

Each party will bear its own costs, disbursements, and attorney fees.

Dated: June 29, 2026.


**FREEDOM LAW FIRM**

/s/ *Gerardo Avalos*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 205
Las Vegas, Nevada 89123
*Counsel for Plaintiff*

**CLARK HILL PLLC**

/s/ *Gia N. Marina*
Gia N. Marina, Esq.
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
*Counsel for Equifax Information Services LLC*


IT IS SO ORDERED:


**DATED** this __1__ day of July, 2026.

_____
Gloria M. Navarro, District Judge
United States District Court

STIPULATION                           - 2 -